UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | 2:24-cv-00715-SPG-JC | Date | December 26, 2024 |
| Title | JIMENEZ v. MORGANS HOTEL GROUP MANAGEMENT LLC, et al. | | |

| Present: The Honorable | SHERILYN PEACE GARNETT |
|---|---|
| | UNITED STATES DISTRICT JUDGE |

| P. Gomez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceeding:    (IN CHAMBERS) ORDER OF DISMISSAL (JS-6)**

On December 13, 2024, the Court issued an order noting the parties' failure to comply with their obligation to file joint status reports every 90 days and requiring the parties to show cause why no status report had been filed. (ECF No. 19). The order provided that failure to timely respond would be deemed consent to dismissal of the action without prejudice. (*Id.*).

As of the date of this Order, no response has been filed. Accordingly, the Court DISMISSES this action, without prejudice. The Clerk of Court is directed to close this case.

_____ : _____

Initials of Preparer   pg